IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| FREDERICK LUSTER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. |
| | ) |
| GREEN TREE SERVICING, LLC, | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF REMOVAL

Defendant Green Tree Servicing, LLC ("Green Tree") hereby gives notice of the removal of this action from the State Court of Dekalb County, Georgia pursuant to 28 U.S.C. §§ 1331, 1332, and 1441. The grounds for this removal are as follows:

## PROCEDURAL BACKGROUND

1. Plaintiff Frederick Luster commenced this action as an original proceeding in the State Court of Dekalb County, Georgia, by filing a Complaint on or about April 4, 2014 (the "Complaint"). *See* Exhibit A.

2. In accordance with 28 U.S.C. § 1446, Exhibit A contains copies of all process, pleadings, and orders received by Green Tree in this action or on record with the State Court of Dekalb County as of the date of this removal.

3.  In the Complaint, Plaintiff alleges that Green Tree wrongfully made telephone calls to Plaintiff's cellular telephone in connection with attempting to collect a debt. *See e.g.*, Exhibit A at ¶¶ 7, 11-33. Plaintiff further claims that such calls constitute violations of the Telephone Consumer Protection Act (the "TCPA"), 47 U.S.C. § 227 and 47 CFR § 64.1200. *See e.g.*, Exhibit A at ¶¶ 35-39. Based on these claims, Plaintiff seeks "treble damages to $1,500.00" for each call placed to his cellular telephone. *See* Exhibit A at ¶¶ 38-39.

4.  Removal in this case is proper pursuant to 28 U.S.C. §§ 1331 and 1441.

## PARTIES

5.  Plaintiff is a resident of the State of Georgia.

6.  Green Tree is a limited liability company organized under the laws of Minnesota.

## REMOVAL IN COMPLIANCE WITH 28 U.S.C. § 1446

7.  This removal has been effectuated within 30 days after Plaintiff's service of the Complaint on Green Tree. Green Tree was served with the Complaint on May 8, 2014. Therefore, this removal is timely under 28 U.S.C. § 1446(b).

8.  Green Tree has given notice of this removal to the State Court of Dekalb County and to Plaintiff, as required by 28 U.S.C. § 1446.

9.  Venue in this Court is proper under 28 U.S.C. § 1391(b) because this Court encompasses Dekalb County, where Plaintiff filed the Complaint. Accordingly, this case is properly within the jurisdiction of this Court. *See* N.D. Ga. L.R. 3.1(A); 28 U.S.C. § 90.

## BASIS FOR REMOVAL

**Federal Question Jurisdiction**

10. Removal is appropriate under 28 U.S.C. § 1331 because this Court has original jurisdiction over this case under the TCPA.

11. In his Complaint, Plaintiff asserts that Green Tree violated the TCPA because Green Tree allegedly wrongfully placed telephone calls to his cellular telephone in connection with Green Tree's attempt to collect a debt. *See* Exhibit A at ¶¶ 11-33; 38-39.

12. Thus, removal is proper based on the TCPA claim asserted in Plaintiff's Complaint.

13. Green Tree expressly reserves all rights and defenses relating to Plaintiff's claims.

14. Attached hereto as Exhibit B is Green Tree's Certificate of Interested Persons and Corporate Disclosure Statement.

For the foregoing reasons, this Court has jurisdiction over this action.

Dated: June 6, 2014

Respectfully submitted,

*/s/ Hilary H. Adams*
Hilary H. Adams
Georgia Bar No. 926142
adamsh@ballardspahr.com
Ballard Spahr LLP
999 Peachtree Street, Suite 1000
Atlanta, GA 30309-3915
Telephone: 678.420.9300

Facsimile: 678-420-9301

*Counsel for Defendant Green Tree Servicing, LLC*

Of Counsel:
Martin C. Bryce, Jr.
bryce@ballardspahr.com
Ballard Spahr LLP
1735 Market Street, 51st Floor
Philadelphia, PA 19103
Telephone: 215.665.8500

Justin Angelo
angeloj@ballardspahr.com
Ballard Spahr LLP
425 Park Avenue
New York, NY 10022
Telephone: 646.346.8012

## CERTIFICATION OF COMPLIANCE WITH L.R. 5.1

I hereby certify that the foregoing has been computer processed with 14 point New Times Roman Font in compliance with the United States District Court for the Northern District of Georgia Local Rule 5.1.

Dated:  June 6, 2014 	*/s/ Hilary H. Adams*
	Hilary H. Adams, GA Bar No. 926142
	BALLARD SPAHR LLP
	999 Peachtree Street, Suite 1000
	Atlanta, GA 30309
	Telephone: 678.420.9300
	Facsimile: 678.420.9301
	adamsh@ballardspahr.com

	*Counsel for Defendant Green Tree Servicing, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of June, 2014, I served a copy of the foregoing NOTICE OF REMOVAL by U.S. Mail upon the following parties:

James M. Feagle
Skaar & Feagle, LLP
108 East Ponce De Leon Avenue
Suite 204
Decatur, GA 30030

/s/ Hilary H. Adams
Hilary H. Adams, Georgia Bar No. 926142
BALLARD SPAHR LLP

*Counsel for Defendant Green Tree Servicing, LLC*