IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| FREDERICK LUSTER and NARVAL MANGAL, *individually and on behalf of all others similarly situated*,<br><br>    Plaintiffs,<br><br>v.<br><br>GREEN TREE SERVICING, LLC, *a Delaware limited liability company*,<br><br>    Defendant. | CIVIL ACTION FILE NO.<br><br>1:14-cv-1763-ELR-JKL |

## **ORDER**

This matter is presently before the Court on Plaintiffs' Motion to Compel. [Doc. 91.] On December 22, 2016, the Court held an oral argument hearing on Plaintiffs' motion. For the reasons stated on the record at the hearing, the Court orders that the motion [Doc. 91] is **GRANTED IN PART**, as follows:

Defendant shall query and produce the requested call data from Data Set B for a sample period of one month. Plaintiffs shall choose the month to be analyzed.

Defendant shall analyze 300 accounts from its Data Set A production and 300 accounts from its Data Set B production for consent issues. The Parties shall determine how to make certain that the accounts are chosen at random.

Defendant shall produce any and all documents and communications, including but not limited to account information and account notes, that it intends to rely upon at class certification to show prior express consent.

Defendant shall comply with this order within 28 days of the date of this order.

IT IS SO ORDERED this 22nd day of December, 2016.

_____
JOHN K. LARKINS III
United States Magistrate Judge