## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

FREDERICK LUSTER and NARVAL
MANGAL, individually and on behalf of
all others similarly situated,

           Plaintiffs,

v.

GREEN TREE SERVICING LLC,
a Delaware limited liability company,

           Defendant.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

CIVIL ACTION NO.
1:14-cv-01763-ELR-JKL

## JOINT PROPOSED HEARING SCHEDULE

Defendant Green Tree Servicing, LLC and Plaintiff Frederick Luster submit

this Joint Proposed Hearing Schedule as instructed by the Court.  The Court's Order

of July 24, 2018 (Dkt No. 148) set forth a hearing on July 15, 2018, 10:30 AM, for

oral argument by the Parties on the motions to strike experts in question.  The Court's

Order also instructed the Parties to jointly submit, within seven (7) days from the

date of entry of the order, a joint proposed schedule of the hearing setting forth how

much time is requested by each party to argue each Motion.  The Parties submit the

following schedule:

1)     Defendant's Motion to Strike Jeffrey Hansen, Dkt. No. 127, 30 minutes (15 minutes per side);

2)     Defendant's Motion to Strike Anya Verkhovskaya, Dkt. No. 128, 30 minutes (15 minutes per side).

3)     Plaintiff's Motion to Strike Aaron Woolfson, Dkt. No. 132, 30 minutes (15 minutes per side).

Respectfully submitted this 31st day of July, 2018.

/s/ Alexander H. Burke
Alexander H. Burke, pro hac Vice
BURKE LAW OFFICES, LLC
155 N. Michigan Avenue, Suite 9020
Chicago, IL 60601
Telephone: 312.729.5288
Facsimile: 312.729.5289
aburke@burkelawllc.com

Kris K. Skaar
Georgia Bar No. 649610
Justin T. Holcombe
Georgia Bar No. 552100
SKAAR & FEAGLE, LLP
133 Mirramont Lake Dr.
Woodstock, GA 30189
Telephone: (770) 427-5600
Facsimile: (404) 601-1855
kskaar@skaarandfeagle.com
jholcombe@skaarandfeagle.com

/s/ Daniel L. Delnero
Stefanie H. Jackman
Georgia Bar No. 335652
Daniel L. Delnero
Georgia Bar No. 347766
BALLARD SPAHR LLP
999 Peachtree Street, Suite 1000
Atlanta, GA 30309
Telephone: 678.420.9300
Facsimile: 678.420.9301
jackmans@ballardspahr.com
delnerod@ballardspahr.com

Admitted Pro Hac Vice:
Martin C. Bryce, Jr.
bryce@ballardspahr.com
BALLARD SPAHR LLP
1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599
Telephone: 215.864.8238
Facsimile: 215.864.8999

James M. Feagle
Georgia Bar No. 256916
SKAAR & FEAGLE, LLP
2374 Main St., Suite B
Tucker, GA 30084
Telephone: (404) 373-1970
Facsimile: (404) 601-1855
jfeagle@skaarandfeagle.com

*Counsel for Plaintiff*

*Counsel for Defendant Green Tree
Servicing LLC*

## CERTIFICATION OF COMPLIANCE WITH L.R. 5.1B

I hereby certify that the foregoing has been computer processed with 14 point New Times Roman font in compliance with the United States District Court for the Northern District of Georgia Local Rule 5.1B.

Dated:  July 31, 2018

/s/ Daniel L. Delnero
Daniel L. Delnero
Georgia Bar No. 347766
BALLARD SPAHR LLP
999 Peachtree Street, Suite 1000
Atlanta, GA 30309
Telephone: 678.420.9300
Facsimile: 678.420.9301
jackmans@ballardspahr.com

*Counsel for Defendant Green Tree Servicing LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on this day, I served the foregoing document on the Clerk of Court and all parties of record using the CM/ECF system.

Dated: July 31, 2018

/s/ Daniel L. Delnero
Daniel L. Delnero
Georgia Bar No. 347766

*Counsel for Defendant Green Tree Servicing LLC*